■ In the Matter of HARRY GERBS, Doing Business as ESLO REALTY Co., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur— Botein, P. J., Rabin, M. M. Frank, Valente and McNally, JJ.

■ NATIONAL HEAT CONTROL CORPORATION, Appellant, v. CITY OF NEW YORK, Respondent.— Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur— Botein, P. J., Rabin, M. M. Frank, Valente and McNally, JJ. [10 Misc 2d 874.]

■ MAX LEEGANT et al., Appellants, v. JOHN L. LOEB et al., Copartners Doing Business under the Name of CARL M. LOEB, Rhoades & Co., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur— Botein, P. J., Rabin, M. M. Frank, Valente and McNally, JJ.

■ RONALD SCHLANSKY, an Infant, by His Guardian ad Litem, LEONARD SCHLANSKY, et al., Respondents, v. CHARLES GROPPER, Appellant.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur— Botein, P. J., Rabin, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of ISABEL SIERRA, Respondent, against MARTIN SIERRA, Appellant.— The order entered in the Domestic Relations Court on October 24, 1958, after trial, is reversed on the facts and on the law, and a new trial ordered. There is no doubt that the Domestic Relations Court, as an incident to the exercise of its jurisdiction on petitions charging nonsupport, may determine whether the parties are husband and wife. (*Loomis* v. *Loomis*, 288 N. Y. 222, 224.) The alleged wife sought an increase in the sum directed by a prior order for support, and on the trial of that issue, the question of status was raised. The alleged husband defended upon the ground that the marital relationship of the parties had been terminated by a decree of divorce granted by a court of competent jurisdiction in Puerto Rico. To counter the wife's denial of a valid divorce, he offered a certified copy of the decree in evidence, which was received, but proof of service by publication was excluded. The inquiry with respect to the divorce was terminated by the court over objection of counsel, upon a statement by the Assistant Corporation Counsel that the question of status of the parties had been considered in a prior proceeding. An examination of the original records indicates that it was not considered and that an order was entered without objection. Under the circumstances, the record on appeal is insufficient to sustain the order. Concur— Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ P. ANTOINETTE SUPPLEE, Appellant, v. WALTER S. HALLANAN, Respondent.— Judgment and order granting defendant's motion to dismiss the amended complaint on the ground of the Statute of Frauds under rule 107 of the Rules of Civil Practice unanimously affirmed, with costs to defendant-respondent. (See *Harris* v. *Home Ind. Co.*, 6 A D 2d 861.) Concur— Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ. [14 Misc 2d 658.]